**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| TAVERN L. DOWNING, SR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:26-CV-00003 (WLS) |
| | : | |
| DON TILACK, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Previously, on January 28, 2026, the Court entered an Order (Doc. 3) denying Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 2). The Court found that Plaintiff's IFP Motion contained insufficient details for the Court to determine whether he meets the poverty requirements of 28 U.S.C. § 1915. The Court instructed Plaintiff to either pay the full amount of the filing fee or file a properly completed Application to Proceed without Prepaying Fees (IFP) on or before Tuesday, February 10, 2026. Plaintiff was warned that failure to pay the filing fee or to file the completed Application by the deadline may result in dismissal, without prejudice, of his complaint without further notice. To date, Plaintiff has not paid the filing fee nor filed a completed IFP Application, and his deadline to do so has expired.

The Court will allow Plaintiff one final opportunity to pay the full filing fee or file a properly completed IFP Application. Plaintiff must pay the fee or file the IFP Application **within fourteen (14) days** of the entry of this Order, or **by no later than Wednesday, March 4, 2026**. Plaintiff is once again **NOTICED** that failure to timely comply with this Order will result in his case being dismissed without further notice or proceedings.

**SO ORDERED**, this 19th day of February 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1