**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| TAVERN L. DOWNING, SR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:26-CV-00003 (WLS) |
| | : | |
| DON TILACK, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## <u>ORDER</u>

Previously, on January 28, 2026, the Court entered an Order (Doc. 3) denying Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 2). The Court found that Plaintiff's IFP Motion contained insufficient details for the Court to determine whether he meets the poverty requirements of 28 U.S.C. § 1915. The Court instructed Plaintiff to either pay the full amount of the filing fee or file a properly completed Application to Proceed without Prepaying Fees (IFP) on or before Tuesday, February 10, 2026. Plaintiff was warned that failure to pay the filing fee or to file the completed Application by the deadline may result in dismissal, without prejudice, of his complaint without further notice. When Plaintiff failed to comply with the Court's instructions, the Court issued a second Order (Doc. 4) again instructing Plaintiff to pay the filing fee or file an IFP Application by Wednesday, March 4, 2026. Plaintiff was warned for a second time that failure to comply with the Court's order could result in the dismissal of his case. An entry on the Docket shows that the Court's second Order (Doc. 4) was returned to the Clerk as undeliverable. (Doc. 5). Plaintiff has also apparently failed to meet the requirement that he promptly update his contact information on the Court's docket.

As of the entry of this Order, Plaintiff has not paid the filing fee as instructed, despite the Court's specific warnings that his failure to do so could result in his case being dismissed. (*See* Docs. 3 & 4). Because Plaintiff has failed to comply with the Court's Orders or otherwise prosecute his case, his Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006)

1

("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citations omitted).

      **SO ORDERED**, this 24th day of March 2026.

                          **/s/ W. Louis Sands**
                          **W. LOUIS SANDS, SR. JUDGE**
                          **UNITED STATES DISTRICT COURT**