IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TAVERN L. DOWNING, SR., | * |
| Plaintiff, | * |
| v. | Case No. 7:26-cv-3 (WLS) |
| | * |
| DON TILACK, et al., | * |
| Defendants. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 24, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 24th day of March, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk